[No. 12161–1–II.   Division Two.   April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDA JEAN
GRAMMER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–1–03085–9, William L. Brown, Jr., J.,
entered July 1, 1988. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 10140–1–III.   Division Three.   April 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. AMY WILLIS,
*Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 89–8–00113–5, John G. Carroll, J. Pro
Tem., entered July 20, 1989. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Munson, C.J.,
and Shields, J.

[No. 10071–5–III.   Division Three.   April 3, 1990.]

*In the Matter of the Marriage of* MARY A. PLESHA,
*Appellant, and* DAVID I. PLESHA,
*Respondent.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 86–3–00300–5, Michael W. Leavitt, J.,
entered May 19, 1989. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and Shields, JJ.